
# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 78 C 342 | **DATE** | 12/30/2004 |
| **CASE TITLE** | ELAINE CHAO vs. ESTATE OF FRANK FITZSIMMONS | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion And Order.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| | Notices mailed by judge's staff. | | JAN 03 2005 | |
| | Notified counsel by telephone. | | date docketed | 793 |
| ✓ | Docketing to mail notices. | | GMA | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| LG | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELAINE CHAO, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 78 C 342 |
| ESTATE OF FRANK FITZSIMMONS, et al., | ) ) ) ) | |
| Defendants. | ) | |

**DOCKETED**
**JAN 0 3 2005**

## MEMORANDUM OPINION AND ORDER

The proposed redactions 1, 2, 6, 14, 15 and 16, and specified portions of proposed redactions 9, 12 and 13, are approved as they deal with privileged matters, opinions of the ISC, the status of negotiations or matters irrelevant to CSPF. The proposed redactions 3, 4, 5, 7, 8, 10, 11, 16, 17 and 18, and the proposed redactions of the other portions of proposed redactions 9, 12 and 13, are not approved.

The CSPF shall disclose the redacted documents and shall file, under seal, copies of the contested documents unredacted by January 7, 2005.

JAMES B. MORAN
Senior Judge, U. S. District Court

Dec. 30, 2004.

793